IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.   CASE NO. 3:18MJ67

RAYMOND HOAK

DEFENDANT.

## AFFIDAVIT

I, Seth A. Cox, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, depose and state as follows:

1. On November 20, 2007, Raymond Hoak, was convicted of Voluntary Manslaughter in the Circuit Court of Jefferson County, case no. 2003-F-53, a felony offense. The Jury also found that Hoak committed the criminal act with a firearm. By virtue of this felony conviction, Hoak is prohibited from possessing firearms.

2. On June 29, 2018, ATF agents executed a search warrant at Hoak's home in Kearneysville, West Virginia. During execution of the search, ATF agents found a loaded firearm, a Bryco, model 38, .380 caliber pistol, SN 012074, in a metal filing cabinet in Hoak's bedroom. The filing cabinet also included Hoak's personal documents, identified with Hoak's name on them.

3. SA Damiani conducted a preliminary evaluation of the firearm and concluded that it meets the federal definition of a firearm and was not manufactured in state of WV.

_____
Special Agent Seth Cox
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed to me this 29th day of June, 2018.

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE